# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **MORE MUSA BALDEH,** **#A205-451-792, Petitioner** | **CIVIL DOCKET NO. 1:21-CV-01578-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JODY FLOYD,** **Respondent** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 9], noting the absence of objections thereto[1], and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 6th day of October 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was mailed to Petitioner at his last known address, but returned to the Clerk as undeliverable [ECF No. 10].